# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152085

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

STEVEN ALAN OSTERHOUT,
        Defendant-Appellant.
_____/

SC: 152085
COA: 326536
Otsego CC: 88-001345-FC

On order of the Chief Justice, having received notice that defendant-appellant died during the pendency of this appeal, the application for leave to appeal is DISMISSED. *People v Peters*, 449 Mich 515; 537 NW2d 160 (1995).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2016

_____